UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

IN RE: Timothy P. O'Callaghan

Chapter 7

No. 13- 15658

Laura O' Rourke
Plaintiff,

v.

Tomothy P. O'Callaghan

Adversary 14-01014

## DEFENDANT'S COUNSEL'S RESPONSE TO COURTS ORDER TO SHOW CAUSE DATED 05/06/2014

## AFFIDAVIT OF ATTORNEY ROBERT J. POWERS, ATTORNEY FOR DEFENDANT

In Response to the Order of this Honorable Court, I, Robert J. Powers, Jr., Attorney for the Defendant in the above captioned matter, under oath do hereby state and depose as follows:

1. My name is Robert J. Powers, Jr. and I am the Attorney for the Defendant Timothy O'Callaghan.
2. I have represented the Defendant since the original filing of his Chapter 7 Case, 13-15658, filed on 09/25/13.
3. I have represented the Defendant throughout all phases of His Chapter 7 case including but not limited to the appearance at the scheduled 341 Meeting of the Creditors, scheduled for 10/31/2013.
4. As a result of my representation, I relied on information provided by the Defendant presented for filing the Chapter 7 Case.
5. This included the address that the Defendant provided as his primary residence, located at 151 Hallet Street, Dorchester, MA.
6. As a result of the 341 Meeting, the Defendant was ordered by the Trustee, John Aquino to update certain documents and the case was continued generally.
7. About a week after the scheduled 341 Meeting, I was informed by the Defendant that he was no longer residing at the Hallet Street address and he would not provide me with a new address or mailing address.
8. The only contact that I had and continue to have with the Defendant is via his cell phone.

9. I made repeated calls and had conversations with the Defendant regarding the Chapter 7 Case and his need to provide required documents, none of which were complied with.
10. As a result of the filing of the Chapter 7 Case, a Creditor through her Attorney, filed an Adversarial Proceeding, Case 14-01014, opposing the discharge of her claim for damages and subsequent Judgment by Default, in Superior Court.
11. I received a copy of the Complaint via ECF.
12. Not having a valid address for the Defendant, I communicated with him by placing a call to his cell and stressed that we needed to meet to compose an Answer in a timely manner.
13. I also had a conversation, face to face meeting, with the Defendant in my office concerning another unrelated matter. At this meeting I again asked for a valid address and was not provided with one.
14. From this point on, I relied on an address that was included in the Plaintiff's Certificate of Service as a mailing address.
15. I continued to make repeated telephone calls to the Defendant and stressed the importance of defending the Complaint and the need to answer it in a timely manner.
16. The Defendant would acknowledge my concerns without any follow up.
17. As a result of a scheduled hearing on a Motion for Judgment by Default as well as My Motion to Allow my amended Attorney Compensation Form, I appeared before this Honorable Court.
18. This resulted in the Court issuing an Order for the acceptance of service by me and an extension / order for the answering of the original complaint by the Defendant. (April 10, 2014).
19. As a result of the hearing and resulting order, I called the Defendant and left a message on his cell on April 11, 2014.
20. He responded and I informed him of the Order and the need to Defend and answer the Complaint. He informed me that he would meet with me before the deadline for filing.
21. As the deadline approached, I had several conversations with the defendant about the need to Defend and answer, even suggesting we can work together over the phone via conference call. ( April 28 and 30 ).
22. I left continual messages and received no response from the Defendant.
23. As a result of the failure to answer in a timely manner, This Honorable Court has issued a Show cause Order instructing me to respond and answer as to why I should not be sanctioned for failing to comply with said Order.
24. I respond as follows: Based on the above statement of facts regarding the failure of communication with the Defendant and my attempts to comply with the Order by numerous contacts and conversations with the Defendant, it made it impossible to file the required Answer to the Complaint. I could not file the required Answer without the assistance of the Defendant, who despite of repeated assurances of his willingness to cooperate, continued to avoid cooperating and assisting in the formulation of his defense.
25. I could not take it upon myself to answer the Complaint without the assistance and cooperation of the Defendant, therefore, preventing the timely filing of any answer to the Complaint and complying with the Order.
26. Finally, I resisted filing a Motion to Withdraw from both the Chapter 7 Case as well as the Adversary Proceeding, until I was absolutely sure that my client would not

2

cooperate. Otherwise based on the statements I have provided and the failure of my client to cooperate and provide me with vital information need to properly defend and advocate for him, I was unable to comply with the Order, dated April 10, 2014.

Signed this date under the penalties of perjury.

Dated: May 7, 2014                    Respectfully submitted,

                                      _____
                                      Robert J. Powers, Jr.
                                      Attorney for the Defendant,
                                      BBO # 653166
                                      18 Main Street Ext., 412
                                      Plymouth, MA. 02360
                                      powerslaw@verizon.net
                                      508 747-1100

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has mailed a copy of the Response to Show cause Order by the Court to the Debtor by First Class Mail to his last known address of 35 West Street, Quincy, MA. 02169.

Dated: May 7, 2014

/s/ Robert J. Powers, Jr.