UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** O'Rourke v. O'Callaghan           **Case Number:** 14-01014           **Ch:**

**MOVANT/APPLICANT/PARTIES:**

Show Cause Hearing:
#26 Order dated 5/6/2014 Re: [25] (Renewed) Motion filed by Plaintiff Laura O'Rourke for Default

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the Court released its order to show cause.

IT IS SO NOTED:                                         IT IS SO ORDERED:

_____                          _____ Dated: 05/20/2014
Courtroom Deputy                                        Joan N. Feeney, U.S. Bankruptcy Judge