# United States Bankruptcy Court
### DISTRICT OF MASSACHUSETTS – EASTERN DIVISION

|  |  |
|---|---|
| In Re: TIMOTHY P. O'CALLAGHAN,<br><br>    Debtor | Chapter 7<br>Case No. 13-15658 |
| LAURA O'ROURKE,<br><br>    Plaintiff<br><br>  vs.<br><br>TIMOTHY P. O'CALLAGHAN,<br><br>    Defendant | Adversary Proceeding no. 14-01014 |

## RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Fed. R. Bankr. P. 7055(b) and Local Rule 7055-1, the plaintiff Laura O'Rourke hereby moves the court to enter a default judgment against the defendant Timothy P. O'Callaghan. A proposed judgment is attached hereto. In support hereof, the plaintiff states:

1. Fed. R. Bankr. P. 7055(b) authorizes the entry of a default judgment against a party for failure to answer or otherwise defend an adversary proceeding.

2. The plaintiff on January 21, 2014 filed the complaint in the above-captioned case seeking a denial of the debtor's discharge under 11 U.S.C. § 727 and exception to discharge under 11 U.S.C. § 523. The court issued a summons in connection therewith January 27, 2014.

3. Service of the summons and complaint was duly executed on January 31, 2014. Proof of such service was filed with the court the same day.

4. More than 30 days has elapsed since service of the summons and complaint, and as of the present date no answer or motion has been filed by the defendant.

5. On May 21, 2014, the court entered a default against the defendant for failure to answer the complaint or otherwise defend this adversary proceeding.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the court GRANT this motion and enter judgment in favor of the plaintiff and against the defendant as indicated in the proposed form of judgment attached hereto.

        LAURA O'ROURKE
        By her Attorney(s),

        */s/ Zaheer A. Samee*
        Zaheer A. Samee, Esq. BBO #667751
        Frisoli Associates, P.C.
        43 Thorndike Street
        Cambridge, MA 02141
        Tel: 617-494-0200
        zas@frisolilaw.com

Date: July 1, 2014

# United States Bankruptcy Court
### DISTRICT OF MASSACHUSETTS – EASTERN DIVISION

|  |  |
|---|---|
| In Re: TIMOTHY P. O'CALLAGHAN, </br></br>Debtor </br></br>LAURA O'ROURKE, </br></br>Plaintiff </br></br>vs. </br></br>TIMOTHY P. O'CALLAGHAN, </br></br>Defendant | Chapter 7 </br>Case No. 13-15658 </br></br>Adversary Proceeding no. 14-01014 |

## CERTIFICATE OF SERVICE

I certify that on <u>July 1, 2014</u>, I served the attached

**RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT**

by sending a copy to:

*Chapter 7 trustee*
John Aquino, Esq.
jja@andersonaquino.com
**BY ECF**

*United States Trustee*
John Fitzgerald
ustpregion01.bo.ecf@usdoj.gov
**BY ECF**

*Attorney for Debtor*
Robert J. Powers Jr., Esq.
powerslaw@verizon.net
**BY ECF**

*Debtor Timothy P. O'Callaghan*
Timothy P. O'Callaghan
151 Hallet Street
Dorchester, MA 02124
**BY U.S. MAIL**

Timothy P. O'Callaghan
35 West Street
Quincy, MA 02169
**BY U.S. MAIL**

*/s/ Zaheer A. Samee*
Zaheer A. Samee

United States Bankruptcy Court
DISTRICT OF MASSACHUSETTS – EASTERN DIVISION

|  |  |
|---|---|
| In Re: TIMOTHY P. O'CALLAGHAN, )<br>)<br>Debtor ) | Chapter 7<br>Case No. 13-15658 |
| )<br>LAURA O'ROURKE, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TIMOTHY P. O'CALLAGHAN, )<br>)<br>Defendant ) | Adversary Proceeding no. 14-01014 |

**(PROPOSED) DEFAULT JUDGMENT**

Default was entered in the above-captioned adversary proceeding against the defendant Timothy P. O'Callaghan on May 21, 2014. Therefore, on motion by the plaintiff, judgment is entered against the defendant in favor of the plaintiff as follows:

IT IS ORDERED THAT:

1. The defendant Timothy P. O'Callaghan is denied a discharge under title 11 of the United States Code.

2. The plaintiff's judgment against the defendant in Massachusetts Superior Court, Norfolk County, docket no. NOCV2009-01415, is hereby declared nondischargeable.

Date: _____, 2014                    _____
                                          Bankruptcy Court Judge